| | |
|---|---|
| 1 | DAVID E. McALLISTER (AZ BN 021551) |
| 2 | JOSEPHINE E. PIRANIO (AZ BN 020630) |
|   | PITE DUNCAN, LLP |
|   | 4375 Jutland Drive, Suite 200 |
| 3 | P.O. Box 17933 |
|   | San Diego, CA 92177-0933 |
| 4 | Telephone: (858) 750-7600 |
|   | Facsimile: (619) 590-1385 |
| 5 | jsalmon@piteduncan.com |
| 6 | Attorneys for GMAC MORTGAGE, LLC |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA - PHOENIX DIVISION

| In re | Case No. 2:09-bk-21230-RJH |
|---|---|
| THOMAS DANIEL HEDBERG, JR. AND REBECCA ANN HEDBERG, | Chapter 7 |
| Debtor(s). | GMAC MORTGAGE, LLC'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS |

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for GMAC Mortgage, LLC hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

REQUEST FOR SPECIAL NOTICE

| | |
|---|---|
| 1 | Josephine E. Piranio |
| 2 | PITE DUNCAN, LLP |
| | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 3 | San Diego, CA 92177-0933 |

4   Neither this Request for Special Notice nor any subsequent appearance, pleading,
5  claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a
6  waiver of the within party's:

7   a.   Right to have any and all final orders in any and all non-core matters entered
8  only after de novo review by a United States District Court Judge;

9   b.   Right to trial by jury in any proceeding as to any and all matters so triable
10 herein, whether or not the same be designated legal or private rights, or in any case, controversy or
11 proceeding related hereto, notwithstanding the designation or not of such matters as "core
12 proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to
13 statute or the United States Constitution;

14   c.   Right to have the reference of this matter withdrawn by the United States
15 District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

16   d.   Other rights, claims, actions, defenses, setoffs, recoupments or other matters
17 to which this party is entitled under any agreements at law or in equity or under the United States
18 Constitution.

19   All of the above rights are expressly reserved and preserved by this party without
20 exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by
21 any other participation in these matters.

Dated: September 16, 2009   PITE DUNCAN, LLP

/s/Josephine E. Piranio
JOSEPHINE E. PIRANIO
Attorneys for GMAC MORTGAGE, LLC

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that a copy of the foregoing REQUEST FOR SPECIAL NOTICE |
| 3 | AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS was served on September 16, |
| 4 | 2009. Service was accomplished by the method and to the following as indicated: |
| 5 | BY ELECTRONIC NOTICE OR FIRST CLASS MAIL |

Thomas Daniel Hedberg, Jr.
Rebecca Ann Hedberg
349 East Arabian Drive
Gilbert, AZ 85296

Elizabeth Ann Yoo
Wilson-Goodman & Fong Pc
538 S Gilbert Rd #101
Gilbert, AZ 85296

S. William Manera
P.O. Box 44350
Phoenix, AZ 85064-4350

U.S. Trustee
Department of Justice
230 North First Avenue Suite 204
Phoenix, AZ 85003

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 16, 2009, at San Diego, California.

Marissa Telle