Certificate Number: 02114-AZ-DE-008696141
Bankruptcy Case Number: 0921230

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 10/16/09, at 03:56 o'clock AM EST, Rebecca A Hedberg completed a course on personal financial management given by <u>Internet</u> by Consumer Credit Counseling Service of Greater Atlanta, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District Of Arizona.

Title: __**Bankruptcy Program Director**__  
By: /s/<u>Doug Erickson</u>

Date: <u>**10.16.09**</u>

Consumer Credit Counseling Service (CredAbility):  
Phone: 866-672-2227  
Email: info@cccsinc.org  
Website: www.cccsbankruptcy.org  
Tax ID: 58-0942924

3

Certificate Number: 02114-AZ-DE-008696140
Bankruptcy Case Number: 0921230

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 10/16/09, at 03:49 o'clock AM EST, Thomas D Hedberg Jr completed a course on personal financial management given by <u>Internet</u> by Consumer Credit Counseling Service of Greater Atlanta, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District Of Arizona.

Title: **Bankruptcy Program Director**    Date: <u>10.16.09</u>
By: /s/Doug Erickson

Consumer Credit Counseling Service (CredAbility):
Phone: 866-672-2227
Email: info@cccsinc.org
Website: www.cccsbankruptcy.org
Tax ID: 58-0942924

3